**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
eservice@thetafirm.com
12100 Wilshire Blvd., Ste 1070
Los Angeles, CA 90025

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA LARA, an individual<br><br>  Plaintiff,<br><br>  vs.<br><br>MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>  Defendant. | Case No: 5:23-cv-00702-MWF-kk<br><br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Michael W. Fitzgerald |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant, MERCEDES-BENZ USA, LLC ("Defendant" or "MBUSA") writes to advise this Court that the Parties have settled this matter however, the attorneys' fees, costs, expenses remain unsettled.

MBUSA requests that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff, including payment of attorneys' fees to be determined by agreement or motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. MBUSA expects to file the dismissal

papers within 60 days.

Dated: January 17, 2024

**THETA LAW FIRM, LLP**

By: _____
Mehgan Gallagher, Esq.
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I filed the foregoing document entitled **NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.



_____
Mehgan Gallagher