1  DAVID N. BARRY, ESQ. (SBN 219230)
2  THE BARRY LAW FIRM
   11845 W. Olympic Blvd., Suite 1270W
3  Los Angeles, CA 90064
   Telephone: 310.684.5859
4  Facsimile: 310.862.4539

5  Attorneys for Plaintiff, PRISCILLA LARA

6  THETA LAW FIRM, LLP
   Soheyl Tahsildoost (Bar No. 271294)
7  Michael Ayzen (Bar No. 293063)
   12100 Wilshire Blvd. Suite 1070
8  Los Angeles, CA 90025
   Telephone: (424) 297-3103
9  Facsimile: (424) 286-2244

10 Attorneys for Defendant, MERCEDES-BENZ USA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| PRISCILLA LARA, an individual, | Case No. 5:23-cv-00702-MWF-DTB |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint filed: November 14, 2022 |

IT IS HEREBY STIPULATED AND AGREED by and between PRISCILLA LARA ("Plaintiff") and Defendant MERCEDES-BENZ USA, LLC ("Defendant"), by and through their respective counsel of record as follows:

1. The entire matter may be dismissed with prejudice pursuant to Federal Rule of

-1-

Civil Procedure 41(a)(1)(A)(ii);

**IT IS HEREBY STIPULATED AND AGREED:**

DATED: July 22, 2024

THE BARRY LAW FIRM

By: _____
David N. Barry, Esq.
Attorney for Plaintiff,
PRISCILLA LARA

DATED: July 22, 2024

THETA LAW FIRM, LLP

By: */s/ Soheyl Tahsildoost*
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, I filed the foregoing document entitled **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                          /s/ David N. Barry