JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA LARA,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>    Defendants. | Case No. EDCV 23-702-MWF(DTBx)<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY |

The Court has reviewed the parties' Joint Stipulation to Dismiss Case in its Entirety, filed July 23, 2024. (Docket No. 27). The Joint Stipulation is approved. The entire action, including all claims stated herein against all parties, are hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-